**No. 10-10364. Antonio Gonzalez-Molina, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2979, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4213.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 409 Fed. Appx. 751.

**No. 10-10366. Javier Robles-Pantoja, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2979, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4362.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 415 Fed. Appx. 526.

**No. 10-10367. Andrey Savelyev, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2979, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4302.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 600.

**No. 10-10369. Wilbur Ballesteros, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2979, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4336.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 410 Fed. Appx. 692.

**No. 10-10372. Mumin Basheer, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2980, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4284.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 10-10375. Sergio Garrigos-Diaz, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2980, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4242.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 426 Fed. Appx. 228.

**No. 10-10376. Juan Carlos Jaramillo-Hoyos, Petitioner v. United States.**

563 U.S. 1040, 131 S. Ct. 2980, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4260.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-10384. George Brooks, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2980, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4352.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 419 Fed. Appx. 189.

**No. 10-10391. Dennis Chan Lai, Petitioner v. United States.**

563 U.S. 1041, 131 S. Ct. 2981, 180 L. Ed. 2d 260, 2011 U.S. LEXIS 4196.

June 6, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 404 Fed. Appx. 181.